# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

MARIO H. DEL BOSQUE  §
 §
v.  §    CIVIL ACTION NO. 3:25-CV-2541-S-BW
 §
THE PRUDENTIAL INSURANCE  §
COMPANY OF AMERICA  §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant The Prudential Insurance Company of America's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5) [ECF No. 15] is **DENIED**, and Plaintiff Mario Del Bosque's outstanding service attempts are **QUASHED**. Plaintiff's deadline to properly serve Defendant is extended until **21 days** from the date of this Order. If Plaintiff fails to properly serve Defendant within the time allowed, his lawsuit will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED.**

SIGNED July 7, 2026.

**UNITED STATES DISTRICT JUDGE**